JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brand Surgical Institute,<br><br>            Plaintiff,<br><br>v.<br><br>Aetna Life Ins. Co. and DOES 1-10,<br><br>            Defendant. | Case No. 2:21-cv-08642-AB (Ex)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **90 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 6, 2022              _____
                                                          ANDRÉ BIROTTE JR.
                                                          UNITED STATES DISTRICT JUDGE

1.